**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. **19-cr-219-WJM**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSIEL RIOS-VEGA, A/K/A
   ALEJANDRO ORTEGA,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about February 16, 2019, in the State and District of Colorado, the defendant, OSIEL RIOS-VEGA, a/k/a ALEJANDRO ORTEGA an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about July 17, 2013, and without the express consent of the proper legal authority to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

### NOTICE OF ENHANCED PENALTY

The defendant is subject to the enhanced penalty under Title 8, United States

Code, Section 1326(b)(1) because his denial of admission, exclusion, deportation, and removal was subsequent to a conviction for a felony offense.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

JASON R. DUNN
United States Attorney

By:  <u>s/Rajiv Mohan</u>
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  <u>Rajiv.Mohan@usdoj.gov</u>
Attorney for Government