IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00219-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

OSIEL RIOS-VEGA,
aka Alejandro Ortega,

       Defendant.

---

**UNOPPOSED MOTION TO VACATE CHANGE OF PLEA HARING AND SET FOR CHANGE OF PLEA WITH IMMEDIATE SENTENCING AND WAIVER OF PRESENTENCE INVESTIGATION REPORT**

---

Osiel Rios-Vega, by and through undersigned counsel, Kelly Christl, hereby requests that the Court vacate the current change of plea date on September 4, 2019, and impose the sentence in the above-referenced matter immediately after the change of plea hearing at a future court date. In support thereof, Mr. Rios-Vega would show as follows:

1. Pursuant to Rule 32(c)(1)(A)(ii) of the Federal Rules of Criminal Procedure, a Court may immediately sentence a defendant without the benefit of a presentence investigation by probation when "the court finds that the information in the record enables it to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553, and the court explains its finding on the record."

2. Mr. Rios-Vega has filed a Notice of Disposition in this case, and is pleading guilty to a one-count indictment charging him with Illegal Reentry After Deportation, pursuant to 8 U.S.C. § 1326(a) and (b)(1).

3.      It is estimated in the proposed plea agreement that, after a reduction for acceptance of responsibility pursuant to U.S.S.G. §3E1.1, Mr. Rios-Vega's base offense level is 10. Should the Court grant an anticipated motion for a 1-level departure under the "fast track" program, his total offense level would be 9.  With a criminal history category III, it is estimated that the advisory guideline recommends a sentence of 8 to 14 months.

4.      Mr. Rios-Vegas would respectfully request that this court waive the necessity of a Presentence Investigation Report and impose a sentence in this matter immediately after the Change of Plea Hearing.

5.      Undersigned counsel has contacted Mr. Rajiv Mohan, Assistant United States Attorney assigned to this matter, who has no objection to these requests.

                Respectfully submitted,

                VIRGINIA L. GRADY
                Federal Public Defender


                s/Kelly Christl
                KELLY CHRISTL
                Assistant Federal Public Defender
                633 17th Street, Suite 1000
                Denver, CO  80202
                Telephone:  (303) 294-7002
                FAX:  (303) 294-1192
                kelly.christl@fd.org
                Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Rajiv Mohan, AUSA
Email: Rajiv.Mohan@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Osiel Rios-Vega           (via Mail)
Reg. No. 39150-013
c/o FDC-Englewood

s/Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kelly.christl@fd.org
Attorney for Defendant